# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

| | |
|---|---|
| **CORBETT PHILLIPS** | **CASE NO. 3:24-CV-00521 SEC P** |
| **VS.** | |
| | **JUDGE TERRY A. DOUGHTY** |
| **NOLEN BASS** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

## JUDGMENT

The Report and Recommendation [Doc. No. 9] of the Magistrate Judge having been considered, no objections thereto having been filed,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff Corbett Phillips's claims are **DISMISSED WITH PREJUDICE** for failing to state claims on which relief may be granted.

MONROE, LOUISIANA, this 30th day of July 2024.

_____
Terry A. Doughty
United States District Judge